UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KY HUU CHRISTY,

              Plaintiff,

v.

MICHAEL SCHRUNK, ET AL.,

              Defendants.

No. CV05-1580-HU

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

**MOSMAN, J.,**

On March 30, 2006, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (docket #28) in the above-captioned case recommending that defendants' motions to dismiss (#6, #13) be granted. An objection (#35) to the F&R was filed by plaintiff on April 24, 2006. Defendant City of Portland filed a response (#37) to plaintiff's objections on May 3, 2006. Defendants Michael Schrunk and Christine Mascal filed a response (#39) to plaintiff's objections on May 8, 2006.

In conducting my review of the F&R, I apply the following standard. The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions

PAGE 1 - ORDER

of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

After reviewing the F&R, the F&R is ADOPTED without modification.

IT IS SO ORDERED.


DATED this __31st__ day of May, 2006.


                         /s/ Michael W. Mosman
                         MICHAEL W. MOSMAN
                         United States District Court